**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROCHELLE SHIPLEY,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **QIAO HONG HUANG, JUDGE MATTHEW** | : | |
| **WOLF, JUDGE BRADLEY MOSS, JUDGE** | : | |
| **PAULA PATRICK and JACOB SPIDEL** | : | **NO. 19-654** |

### ORDER

**NOW**, this 27th day of March, 2019, upon consideration of the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Document No. 1), the Complaint, and the Motion for Injunctive Relief (Document No. 3), it is **ORDERED** as follows:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. The Motion for Injunctive Relief is **DENIED**;

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

5. The plaintiff's claims seeking review and stay of state court proceedings are **DISMISSED** for lack of jurisdiction;

6. The plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order;

7. The Clerk of Court shall send the plaintiff a copy of this Court's form complaint to be used by a *pro se* individual filing a civil action, which the plaintiff may use to file an amended complaint;

8. If an amended complaint is filed, the Clerk shall not make service until ordered; and,

9. If plaintiff fails to file an amended complaint within thirty days, her case will be dismissed for failure to prosecute.

/s/TIMOTHY J. SAVAGE